# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 5D2025-3306
LT Case Nos. 2024-CJ-000871-A
2025-CJ-000388-A

———————————————

T.F.V., a Child,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————

On appeal from the Circuit Court for Marion County.
Bradley E. King, Judge.

Matthew J. Metz, Public Defender, and Gregg R. Brennan,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marissa V.
Giles, Assistant Attorney General, Daytona Beach, for Appellee.

April 2, 2026

PER CURIAM.

In this appeal from disposition orders adjudicating him
delinquent and committing him to a moderate-risk residential
program, Appellant claims that the trial court committed
fundamental error by accepting his uncounseled plea without
conducting an adequate inquiry regarding his waiver of counsel.

The State properly concedes error. *See State v. T.G.*, 800 So. 2d 204, 212 (Fla. 2001); *J.R. v. State*, 992 So. 2d 876, 876 (Fla. 5th DCA 2008); *K.E.N. v. State*, 892 So. 2d 1176, 1179 (Fla. 5th DCA 2005); *M.Q. v. State*, 818 So. 2d 615, 618 (Fla. 5th DCA 2002). Accordingly, we reverse and "remand this case to the trial court so that it can properly advise [Appellant] of his right to assistance of counsel, ensure by a thorough inquiry that any waiver is free and intelligent, and allow [Appellant] to enter a new plea if appropriate." *T.G.*, 800 So. 2d at 213.

REVERSED and REMANDED.

JAY, C.J., and WALLIS and BOATWRIGHT, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————